AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bryan, Christina A. | U.S. District Court for the Southern District of Texas | 02/23/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Bob Casey Courthouse
515 Rusk Street
Houston, TX 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   President's Council | Inprint Houston |
| 2.   Board of Directors | Emerge |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CitiMortgage | Mortgage on rental property | None |
| 2. Cenlar | Mortgage on rental property | None |
| 3. CMG Financial | Mortgage on rental property | O |
| 4. Wells Fargo | Line of credit | L |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 02/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Wells Fargo Bank NA (cash) | A | Interest | K | T | | | | | |
| 3. Rental Property #1, Teton County, WY (app. 9/22/20) | E | Rent | P1 | Q | | | | | |
| 4. Ethereum | | None | | | Sold | 12/03/20 | J | B | |
| 5. KM 1464 Partners, LP | | None | L | V | | | | | |
| 6. KM-TS Partners, LP | D | Distribution | L | V | | | | | |
| 7. Susman Godfrey, LLP (Cap. Account) | B | Interest | M | T | | | | | |
| 8. Account #1 (H) | | | | | | | | | |
| 9. Schwab Signature Bank (cash) | A | Interest | L | T | | | | | |
| 10. SPDR Long Term Treasury ETF (SPTL) | A | Dividend | | | Sold | 03/23/20 | L | | |
| 11. Ark Innovation ETF (ARKK) | A | Dividend | K | T | Buy | 11/30/20 | K | | |
| 12. Invesco S&P 500 Pure Value ETF (RPV) | A | Dividend | K | T | Buy | 10/30/20 | K | | |
| 13. Vanguard S&P 500 ETF (VOO) | A | Dividend | M | T | Buy (add'l) | 03/09/20 | J | | |
| 14. | | | | | Sold (part) | 10/30/20 | K | | |
| 15. Xtrackers MSCI EAFE Hdgd (DBEF) | A | Dividend | J | T | Sold | 04/17/20 | J | | |
| 16. | | | | | Buy | 11/30/20 | J | | |
| 17. Doubleline Total Return Bond (DBLTX) | B | Dividend | L | T | Buy (add'l) | 07/23/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 02/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Templeton Global Bond Fund (TGBAX) | A | Dividend | | | Sold | 04/03/20 | K | | |
| 19. Baron Emerging Markets Fund Inst (BEXIX) | | None | J | T | | | | | |
| 20. Cohen & Steers MLP And Energy Oppty I (MLOIX) | | None | | | Sold | 03/10/20 | K | | |
| 21. First Eagle Overseas Fund (SGOIX) | A | Dividend | J | T | | | | | |
| 22. Janus Henderson Glbl Tech & Innovation I (JATIX) (X) | B | Dividend | J | T | | | | | |
| 23. Oakmark Intl Fd Adv (OAYIX) | B | Dividend | M | T | Buy (add'l) | 04/20/20 | L | | |
| 24. Primecap Odyssey Aggr Growth Fd (POAGX) (Y) | | | | | | | | | |
| 25. Vanguard Div Growth Fund (VDIGX) | B | Dividend | L | T | | | | | |
| 26. Account #2 (H) | | | | | | | | | |
| 27. Vanguard S&P 500 ETF (VOO) | A | Dividend | | | Sold | 10/30/20 | L | | |
| 28. Xtrackers MSCI EAFE HDGD (DBEF) | B | Dividend | M | T | Buy (add'l) | 01/22/20 | J | | |
| 29. | | | | | Buy (add'l) | 10/30/20 | L | | |
| 30. First Eagle Overseas Fund (SGOIX) | A | Dividend | K | T | | | | | |
| 31. Schwab S&P 500 Index Fund (SWPPX) | | None | | | Sold | 10/30/20 | J | | |
| 32. Account #3 (H) | | | | | | | | | |
| 33. First Eagle Overseas Fund (SGOVX) | A | Dividend | J | T | | | | | |
| 34. Schwab S&P 500 Index Fund (SWPPX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryan, Christina A.** | 02/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Schwab US Mid Cap (SWMCX) | A | Dividend | J | T | | | | | |
| 36. Account #4 (H) | | | | | | | | | |
| 37. Schwab Bank Sweep Account (cash) | A | Interest | K | T | | | | | |
| 38. Invesco S&P 500 Pure Value ETF (RPV) | B | Dividend | M | T | Sold<br>(part) | 10/30/20 | K | | |
| 39. iShares Core S&P Mid-Cap ETF (IJH) | B | Dividend | L | T | | | | | |
| 40. Schwab Short Term US Treasury ETF (SCHO) | A | Dividend | | | Sold | 04/16/20 | M | C | |
| 41. SPDR Long Term Treasury (SPTL) | A | Dividend | | | Sold | 03/23/20 | K | | |
| 42. SPDR S&P 600 Smalll Cap (SLYV) | B | Dividend | L | T | | | | | |
| 43. Vanguard S&P 500 ETF (VOO) | D | Dividend | O | T | Buy<br>(add'l) | 01/22/20 | L | | |
| 44. | | | | | Buy<br>(add'l) | 03/09/20 | K | | |
| 45. Xtrackers MSCI EAFE HDGD (DBEF) | D | Dividend | M | T | Sold<br>(part) | 04/17/20 | K | | |
| 46. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 47. Doubleline Total Return Bond Fund (DBLTX) | C | Dividend | M | T | Buy<br>(add'l) | 07/23/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 11/30/20 | K | | |
| 49. Lord Abbett Short Dur Income Fd Cl I (LLDYX) | B | Dividend | L | T | | | | | |
| 50. Templeton Global Bond Fund Adv Cl (TGBAX) | B | Dividend | | | Buy<br>(add'l) | 01/23/20 | K | | |
| 51. | | | | | Sold | 04/03/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 02/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Vanguard Interm Term Inv Grade Admiral (VFIDX) | D | Dividend | M | T | Sold (part) | 11/30/20 | K | | |
| 53. Vanguard Short Term Corp BD Index Ad (VSCSX) | A | Dividend | | | Buy | 04/17/20 | L | | |
| 54. | | | | | Sold | 10/30/20 | L | B | |
| 55. Western Asset Corp Bond FD Cl I (SIGYX) | D | Dividend | M | T | Buy | 04/03/20 | L | | |
| 56. | | | | | Buy (add'l) | 04/17/20 | K | | |
| 57. | | | | | Buy (add'l) | 12/01/20 | K | | |
| 58. Akre Focus Fd Inst (AKRIX) | | None | M | T | Sold (part) | 10/30/20 | K | E | |
| 59. Artisan INTL Value Fund ADV (APDKX) | B | Dividend | M | T | Buy (add'l) | 04/21/20 | K | | |
| 60. Baron Emrg Mkts Fd Inst (BEXIX) | | None | M | T | | | | | |
| 61. Cohen & Steers MLP and Energy Oppty I (MLOIX) | | None | | | Sold | 03/09/20 | L | | |
| 62. First Eagle Overseas Fund (SGOIX) | A | Dividend | L | T | | | | | |
| 63. Invesco Comstock Y (ACSDX) | A | Dividend | K | T | Buy | 10/30/20 | K | | |
| 64. Janus Henderson Glbl Tech & Innovation I (JATIX) | D | Dividend | M | T | Buy | 06/24/20 | M | | |
| 65. Oakmark Intl Oppty Fd Inst (OAYIX) | A | Dividend | K | T | | | | | |
| 66. Oberweis Intl Oppty Fund (OBIIX) | | None | | | Sold | 04/20/20 | J | | |
| 67. Primecap Odyssey AGGR (POAGX) | | None | | | Sold | 06/24/20 | K | | |
| 68. Vanguard Div Growth Fd (VDIGX) | B | Dividend | L | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryan, Christina A.** | 02/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Account #5 (H) | | | | | | | | | |
| 70. Schwab Signature Bank (cash) | A | Interest | J | T | | | | | |
| 71. Stabilis Energy INC (SLNG) | | None | J | T | | | | | |
| 72. Ark Innovation ETF (ARKK) | B | Dividend | L | T | Buy | 06/24/20 | K | | |
| 73. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 74. Invesco QQQ Trust (QQQ) | A | Dividend | M | T | | | | | |
| 75. Invesco S&P 500 Pure (RPV) | A | Dividend | J | T | | | | | |
| 76. SPDR Dow Jones Industrial Avg (DIA) | B | Dividend | L | T | | | | | |
| 77. SPDR S&P Midcap 400 ETF (MDY) | B | Dividend | M | T | | | | | |
| 78. SPDR S&P 500 ETF (SPY) | B | Dividend | M | T | | | | | |
| 79. SPDR S&P 600 Smalll Cap (SLYV) | A | Dividend | L | T | Buy | 06/26/20 | L | | |
| 80. Vanguard Large Cap ETF (VV) | B | Dividend | M | T | | | | | |
| 81. Vanguard S&P 500 ETF (VOO) | B | Dividend | L | T | Buy<br>(add'l) | 03/09/20 | K | | |
| 82. Xtrackers MSCI EAFE HDGD (DBEF) | | None | | | Sold | 04/17/20 | L | | |
| 83. Doubleline Total Return Bond Fund (DBLTX) | A | Dividend | K | T | | | | | |
| 84. Cohen & Steers MLP and Energy Oppty I (MLOIX) | | None | | | Sold | 03/09/20 | K | | |
| 85. First Eagle Overseas Fund (SGOIX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryan, Christina A.** | 02/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Invesco Comstock Y (ACSDX) | A | Dividend | M | T | Buy | 10/30/20 | L | | |
| 87. Oakmark Intl Fd Adv (OAYIX) | A | Dividend | K | T | | | | | |
| 88. Oberweis Intl Oppty Fund (OBIIX) | | None | | | Sold | 04/20/20 | L | | |
| 89. Primecap Odyssey Aggr Growth Fd (POAGX) | | None | | | Buy (add'l) | 01/22/20 | J | | |
| 90. | | | | | Sold | 06/24/20 | L | | |
| 91. Vanguard Div Growth Fd (VDIGX) | B | Dividend | L | T | | | | | |
| 92. Account #6 (H) | | | | | | | | | |
| 93. Schwab Premier Bank (cash) | A | Interest | J | T | | | | | |
| 94. Schwab Value Advantage (SWVXX) | B | Dividend | M | T | | | | | |
| 95. St Lucie CN FL SD (79207QCT2) | A | Interest | K | T | | | | | |
| 96. Douglas Alabama Wat (258810AH3) | A | Interest | K | T | | | | | |
| 97. Ark Innovation ETF (ARKK) | A | Dividend | J | T | Buy | 11/12/20 | J | | |
| 98. Invesco S&P 500 Pure Value ETF (RPV) | A | Dividend | K | T | Buy (add'l) | 09/04/20 | J | | |
| 99. iShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | K | T | Buy (add'l) | 09/04/20 | J | | |
| 100. Schwab Short Term US Treasury ETF (SCHO) | A | Dividend | | | Sold | 04/16/20 | K | | |
| 101. SPDR Portfolio Long Term (SPTL) | A | Dividend | | | Sold | 03/23/20 | K | | |
| 102. SPDR S&P Midcap 400 ETF (MDY) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 02/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  SPDR S&P 500 ETF (SPY) | B | Dividend | M | T | Sold (part) | 09/04/20 | K | | |
| 104.  SPDR S&P 600 Smalll Cap (SLYV) | A | Dividend | K | T | Buy | 06/26/20 | J | | |
| 105. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 106.  Vanguard S&P 500 ETF (VOO) | A | Dividend | L | T | Buy (add'l) | 03/09/20 | K | | |
| 107.  Xtrackers MSCI EAFE HDGD EQY ETF (DBEF) | A | Dividend | K | T | Sold (part) | 04/17/20 | K | | |
| 108. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 109. | | | | | Buy (add'l) | 11/12/20 | K | | |
| 110.  Doubeline Total Return BD FD (CL I) (DBLTX) | B | Dividend | L | T | Buy (add'l) | 04/29/20 | J | | |
| 111. | | | | | Buy (add'l) | 09/04/20 | K | | |
| 112.  Lord Abbett Short Dur Income Fd Cl I (LLDYX) | A | Dividend | K | T | | | | | |
| 113.  Pioneer Multi Asset ULTR Ashort (INCM Y) (MYFRX) | A | Dividend | K | T | Buy (add'l) | 09/04/20 | J | | |
| 114.  Templeton Global Bond Fund (ADV CL) (TGBAX) | A | Dividend | | | Sold | 04/03/20 | K | | |
| 115.  Vanguard Interm Term Inv Grade Admiral (VFIDX) | B | Dividend | K | T | | | | | |
| 116.  Vanguard Interm Term Tx Ex Adm (VWIUX) | A | Dividend | L | T | Buy | 09/08/20 | K | | |
| 117.  Vanguard Short Term Corp BD Index Ad (VSCSX) | A | Dividend | | | Buy | 04/17/20 | J | | |
| 118. | | | | | Sold | 09/08/20 | J | | |
| 119.  Western Asset Corp Bond FD Cl I (SIGYX) | B | Dividend | K | T | Buy | 04/03/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 02/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 121. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 122.  Akre Focus Fd Inst (AKRIX) | | None | K | T | | | | | |
| 123.  Artisan INTL Value Fund ADV (APDKX) | A | Dividend | K | T | Buy<br>(add'l) | 09/04/20 | J | | |
| 124.  Baron Emrg Mkts Fd Inst (BEXIX) | | None | K | T | | | | | |
| 125.  Cohen & Steers MLP and Energy OPPTY I (MLOIX) | | None | | | Sold | 03/09/20 | K | | |
| 126.  First Eagle Overseas Fund (CL I) (SGOIX) | | None | L | T | Buy<br>(add'l) | 09/04/20 | J | | |
| 127.  Invesco Comstock Y (ACSDX) | A | Dividend | K | T | Buy | 09/04/20 | K | | |
| 128.  Janus Henderson Glbl Tech & Innovation I (JATIX) | C | Dividend | K | T | Buy | 06/24/20 | K | | |
| 129. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 130.  Oakmark Intl Fd Adv (OAYIX) | A | Dividend | K | T | Buy | 04/20/20 | K | | |
| 131.  Primecap Odyssey Aggr Growth FD (POAGX) | | None | | | Sold | 06/23/20 | K | | |
| 132.  Vanguard Div Growth FD Investor SHRS (VDIGX) | B | Dividend | K | T | | | | | |
| 133.  Account #7 (H) | | | | | | | | | |
| 134.  American Funds, The Bond Fund of America - 529F2 (FFBOX) | B | Dividend | K | T | | | | | |
| 135.  American Funds, EuroPacific Growth Fund - 529F2 (FUEPX) | A | Dividend | J | T | | | | | |
| 136.  American Funds, Short-Term Bond Fund of America - 529F2 (FTSBX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 02/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. American Funds, Washington Mutual Investors Fund - 529F2 (FWIMMX) | A | Dividend | J | T | | | | | |
| 138. Account #8 (H) | | | | | | | | | |
| 139. American Funds, EuroPacific Growth Fund- 529F1 (CEUFX) | A | Dividend | J | T | | | | | |
| 140. American Funds, Intermediate Bond Fund of America - 529F2 (FF00X) | A | Dividend | J | T | | | | | |
| 141. American Funds, Short-Term Bond Fund of America 529F2 (FTSBX) | A | Dividend | J | T | | | | | |
| 142. American Funds, Washington Mutual Investors Fund - 529F2 (FWIMMX) | B | Dividend | K | T | | | | | |
| 143. Account #9 (H) | | | | | | | | | |
| 144. American Funds, EuroPacific Growth Fund - 529F2 (FUEPX) | A | Dividend | J | T | | | | | |
| 145. American Funds, Intermediate Bond Fund of America 529F1 (CBOFX) | A | Dividend | J | T | | | | | |
| 146. American Funds, Short-Term Bond Fund of America - 529F2 (FTSBX) | A | Dividend | J | T | | | | | |
| 147. American Funds, Washington Mutual Investors Fund - 529F2 (FWIMMX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 02/23/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

KM 1464 Partners, LP and KM-TS Partners, LP: Valuation of each of these partnerships is based upon the original buy-in value. All underlying assets are believed to be operational in nature.

Walker Family Farms LTD became unreportable in 2020 without a corresponding reportable transaction.

Class and ticker symbol changes for 529 holdings resulted from corporate action rather than reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 02/23/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christina A. Bryan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544